**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

# AFFIDAVIT

1. I, Richard Kivelier, am a Deportation Officer at U.S. Immigration and Customs Enforcement ("ICE") within the U.S. Department of Homeland Security ("DHS"). I have served as a Deportation Officer with ICE since September 28, 2015. As a Deportation Officer, I conduct investigations related to violations of the Immigration and Nationality Act, specifically foreign-born nationals who have been deported from the United States and subsequently re-entered the United States illegally. I am currently assigned to the ICE Enforcement and Removal Operations Philadelphia. Pennsylvania Field Office, and my duties include investigating violations of Title 8 of the United States Code ("U.S.C") to include violations of immigration offenses.

2. I have prepared this affidavit in support of a criminal complaint against Jesus Del Orbe ("DEL ORBE"), a.k.a. Cabrera-Santiago, Angel and Valdez-Orbe, Jesus, because there is probable cause to believe DEL ORBE, an alien, that is a foreign national who is not a citizen of the United States, illegally re-entered the United States after removal following a felony conviction, in violation of Title 8, U.S.C. § 1326(a), (b)(1).

3. On May 8, 2024, a Confidential Informant ("CI") contacted me and offered valuable information on an individual who was previously removed from the United States. This CI has provided information in the past which led to the arrest of other individuals who have since been removed from the United States. The CI does not have legal immigration status in the United States and is providing information in the hopes of receiving consideration as to his immigration status. The CI said, "I have another person who you might be interested in, and I believe he has a drug case and has been removed before." The CI provided a photo of DEL ORBE, and a new address of 1151 Rising Sun Avenue, Philadelphia, Pennsylvania 19140.

4. On May 8, 2024, I conducted a check in the National Crime Information Center ("NCIC") database for DEL ORBE's criminal history, as well as his immigration history. Under the FBI number provided (441234LD6), I discovered that DEL ORBE had previous encounters with ICE. Further checks in an ICE database were conducted for DEL ORBE's immigration history in the United States.

a. I found that on April 15, 2011, DEL ORBE, under the alias of Angel Cabrera-Santiago, was arrested by the Limerick Township Police Department and charged with Retail Theft. On May 13, 2011, DEL ORBE was convicted of Retail Theft, a summary offense, and was ordered to pay a fine.

b. On October 8, 2014, DEL ORBE was arrested by law enforcement during the execution of an arrest/search warrant in Philadelphia. DEL ORBE and four other foreign-born individuals were arrested. DEL ORBE was charged with Manufacture, Delivery, or Possession with Intent to Manufacture or Deliver a Controlled Substance ("PWID") and Conspiracy to Manufacture, Deliver or Distribute Controlled Substances. On December 17, 2015, DEL ORBE was convicted of PWID and Conspiracy to Manufacture, Deliver or Distribute Controlled Substances. DEL ORBE was sentenced to two years of probation.

c. On September 16, 2015, DEL ORBE was arrested by ICE officers and served with a Notice to Appear, charging him with violating Section 212(a)(6)(A)(i) of the Immigration and Nationality Act ("INA") as an alien who was removable from the United States. On October 8, 2015, DEL ORBE was ordered removed by an Immigration Judge in York County Pennsylvania. On March 1, 2016, DEL ORBE was removed to the Dominican Republic via ICE Air.

d. On January 26, 2017, DEL ORBE was arrested by the United States Border Patrol ("USBP") in Puerto Rico and processed as an Expedited Removal pursuant to

Section 212(a)(7)(A)(i)(I) of the INA as an alien who was removable from the United States. DEL ORBE was also charged with Illegal Reentry, in violation of 8 U.S.C. § 1326(a), in the United States District Court for the District of Puerto Rico.

e. On May 8, 2017, DEL ORBE pled guilty to 8 U.S.C. § 1326(a) and was sentenced to 12 months' confinement.

f. On February 18, 2018, DEL ORBE was removed to the Dominican Republic via Miami, Florida.

g. On July 29, 2019, DEL ORBE was arrested by USBP in McCallen, Texas and served with a Reinstatement of Prior Order pursuant to Section 241(a)(5) of the INA. DEL ORBE was also charged with Illegal Reentry, in violation of 8 U.S.C. § 1326(a), (b)(1) in the United States District Court for the Southern District of Texas. On September 18, 2019, DEL ORBE pled guilty to 8 U.S.C. § 1326(a), (b)(1) and was sentenced to 18 months' confinement. On November 17, 2020, DEL ORBE was removed to the Dominican Republic via Alexandria, Louisiana.

h. At an unknown time or place, DEL ORBE again unlawfully reentered the United States and was seen during surveillance by ICE Officer Gregory Oneill as described in greater detail below. A search of the ICE databases revealed that DEL ORBE did not seek permission of the United States Attorney General, or his successor, the Secretary of Homeland Security, to reenter as required by 8 USC 1360(d).

5. On June 26, 2024, at approximately 12:00 p.m., Deportation Officer Oneill arrived at the tire shop located at 1151 Rising Sun Avenue, Philadelphia, Pennsylvania 19140 to conduct surveillance on DEL ORBE. At approximately 12:32 p.m., Officer Oneill observed a male that appeared to match a photograph of DEL ORBE from his 2019 ICE arrest, DEL ORBE was seen walking outside of the tire shop talking to a few individuals, and he appeared to be

working there. Officer Oneill was able to take photos of DEL ORBE. Those pictures were compared to prior photos of DEL ORBE from the ICE databases, and they matched. Additionally, Officer Oneill arrested DEL ORBE in 2015, and I assisted him in processing him. Based on my prior interaction with DEL ORBE, I believe the individual in the photos taken by Officer Oneill on June 26, 2024 is DEL ORBE.

6. Based on my training and experience, I know that ICE maintains a file on all aliens encountered by ICE. This file, known as the Alien File ("A File"), contains documentation relating to the alien, including his/her photograph, warrants of deportation, fingerprints, documents reflecting criminal history, documents reflecting the country of citizenship, and other documents. Each alien is assigned an identification number, referred to as the "Alien Number." A search of ICE databases revealed that Jesus DEL ORBE has been assigned Alien Number 208 055 287.

7. On July 19, 2024, based on my review of DHS's electronic databases and the A File, I have made the following conclusions:

a. DEL ORBE is a citizen and national of the Dominican Republic.

b. DEL ORBE's date of birth is a known date in October 1970, and this affidavit and the Complaint to which it is attached correctly reflect DEL ORBE's name and his aliases.

c. On December 17, 2015, DEL ORBE was convicted of PWID and Conspiracy to Manufacture, Deliver or Distribute Controlled Substances. DEL ORBE was sentenced to two years of probation.

d. On September 16, 2015, DEL ORBE was arrested by ICE officers and served with a Notice to Appear, for violating immigration law and being removable from the United States. On October 8, 2015, DEL ORBE was ordered removed by an immigration judge

in York County Pennsylvania. On March 1, 2016, DEL ORBE was removed to the Dominican Republic via ICE Air.

e. On January 26, 2017, DEL ORBE was arrested by the USBP in Puerto Rico and processed as an Expedited Removal. DEL ORBE was also charged with Illegal Reentry, in violation of 8 U.S.C. § 1326(a), in the United States District Court for the District of Puerto Rico. On May 8, 2017, DEL ORBE pled guilty to 8 U.S.C. § 1326(a) and was sentenced to 12 months' imprisonment. On February 18, 2018, DEL ORBE was removed to the Dominican Republic via Miami, Florida.

f. On July 29, 2019, DEL ORBE was arrested by the USBP in McCallen, Texas and served with a Reinstatement of Prior Order pursuant to Section 241(a)(5) of the INA. DEL ORBE was also charged with Illegal Reentry, in violation of 8 U.S.C. § 1326(a), (b)(1) in the United States District Court for the Southern District of Texas. On September 18, 2019, DEL ORBE pled guilty to 8 U.S.C 1326(a), (b)(1) and was sentenced to 18 months of confinement. On November 17, 2020, DEL ORBE was removed to the Dominican Republic via Alexandria, Louisiana.

## CONCLUSION

8. Based on the foregoing, I respectfully submit that the facts set forth in this affidavit demonstrate that there is probable cause exists to conclude that DEL ORBE, an alien, that is a foreign national who is not a citizen of the United States, illegally re-entered the United States after removal following a felony conviction, in violation of Title 8, United States Code, Section 1326(a), (b)(1). I respectfully ask that the Court issue a warrant ordering his arrest for said crime.

_/s/ *Richard Kivelier*____________
Richard Kivelier
Deportation Officer
Immigration and Customs Enforcement

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on July 22, 2024.

Craig M. Straw 7-22-2024
HONORABLE CRAIG M. STRAW
United States Magistrate Judge